**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6899**

KIJUAN HAASSAN SHARP,

Plaintiff - Appellant,

v.

UNKNOWN NURSE; MEDICAL CONTRACTOR, Albemarle District Jail,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:21-ct-03328-BO)

Submitted:  July 25, 2024                                    Decided:  July 29, 2024

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kijuan Haassan Sharp, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kijuan Haassan Sharp appeals the district court's order denying relief on his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Sharp v. Unknown Nurse*, 5:21-ct-03328-BO (E.D.N.C. Aug. 29, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*